UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

                                                      Chapter 11

      **170 BROADWAY**                Case No. _____
      **REALTY CORP.,**

                            Debtor.

----------------------------------------------------------------X

## DECLARATION PURSUANT TO E.D.N.Y. LOCAL BANKRUPTCY RULE 1007-4

I, LIONEL CUMBERBATCH, hereby declare under the penalty of perjury:

1.     I am the President of 170 BROADWAY REALTY CORP. (the "Debtor"), and as such I am familiar with the operations, business, and financial affairs of the Debtor. I submit this affidavit in accordance with the Eastern District of New York Local Bankruptcy Rule 1007-4 in support of the voluntary petition filed by the Debtor.

2.     There are no other or prior bankruptcy cases against the Debtor and as such there has been no trustee or creditors' committee appointed in this case.

3.     The Debtor maintains an office at 77-10 21st Avenue, East Elmhurst, NY 11370.

4.     A copy of the Debtor's board resolution authorizing the Chapter 11 filing is annexed hereto as **Exhibit "A"**.

5.     The Debtor is a New York Corporation.

6.     The Debtor's immediate need for relief in this Court stems from its serious cashflow difficulties resulting from defending an action in the Supreme Court of the State of New York, County of Orange, captioned *Robert M. Sherman, Partner, on behalf of Friendly Management Services, a Domestic Partnership v. 170 Broadway Realty Corp., Lionel*

*Cumberbatch, New York State Commissioner of Taxation and Finance, City of Newburgh, New York, and "JOHN DOE1" through "JOHN DOE 10", said names being fictitious and unknown to the FMSs, being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises described in the complaint (Index No. EF007555-2019).*

7. The Debtor does not have any publicly held shares, debentures, or other securities.

8. There is no property of the Debtor in the possession or custody of any public officer, receiver, trustee, pledge, assignee of rents, liquidators, secured creditors, or agents of such person.

9. The Debtor's does not have any assets.

10. Aside from the President, the Debtor has no employees and an approximate monthly payroll of $4,800.00

11. The Debtor expects to receive revenue from operations of the business in the amount of approximately $1,100.00 for the thirty (30) day period following the Chapter 11 filing. The Debtor's operating expenses during the same thirty (30) day period should be approximately $3,500.00, not including payroll.

_____
LIONEL CUMBERBATCH, PRESIDENT